IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| | | | |
|---|---|---|---|
| 433P12 | Andy J. Langston, Employee v. Eddie Rains D/B/A Mebco of Nashville, Inc., Employer; N.C. Mutual Employers Fund C/O Isurity Insurance Service, Carrier | 1. Plt's Motion for Temporary Stay (COAP12-862) | 1. Allowed **10/16/12**; Dissolved the Stay **10/26/12** |
| | | 2. Plt's Petition for *Writ of Supersedeas* | 2. Dismissed **10/26/12** |
| | | 3. Defs' Motion to Dissolve Temporary Stay | 3. Allowed **10/26/12** |
| 434P12 | State v. Martin Cornelius Mills | Def's *Pro Se* Motion for PDR (COA11-442) | Denied |
| 435P12 | Tracey Cline v. Judge Orlando F. Hudson, Jr. | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Dismissed Without Prejudice **10/22/12** |
| 436PA10 | Craft Development, LLC v. County of Cabarrus | Def's Petition for Rehearing | Denied **10/26/12** |
| 437PA10 | Mardan IV v. County of Cabarrus | Def's Petition for Rehearing | Denied **10/26/12** |
| 437P12 | State v. Tony Lee Locklear | 1. Def's *Pro Se* Motion for NOA (COAP11-264) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's *Pro Se* PWC to Review the Order of COA | 2. Dismissed |
| 438PA10 | Lanvale Properties, LLC and Cabarrus County Building Industry Association v. County of Cabarrus and City of Locust | Def's (Cabarrus County) Petition for Rehearing | Denied **10/26/12** |
| 438P12 | Gregory S. Scadden v. Robert Holt, Individually, Robert Holt, in his official capacity, and the Town of Newport | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-303) | Denied |
| 440A12 | State v. Terrell Williams | 1. Def's NOA Based Upon a Constitutional Question (COA12-257) | 1. - - - |
| | | 2. State's Motion to Dismiss Appeal | 2. Allowed |